UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT

In re:  
PANDE CAMERON & CO. OF  
NEW YORK, INC.  

Debtor

Case No. 01-50587 AHWS

(CHAPTER 7)

# FINAL ACCOUNT, CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION FOR DISCHARGE

The undersigned trustee reports:

1. All funds on hand have been distributed in accordance with the Trustee's Final Dividend Distribution Report.

2. A summary of the distribution of gross receipts from the liquidation of all property of the estate is as follows:

$ _____ 16,726.40   a. GROSS RECEIPTS

**FEES AND EXPENSES**

$ _____ 2,422.14   b. Trustee Compensation

$ _____ 2,500.00   c. Fee for Attorney for Trustee

         $ _____ 0.00   Trustee's Firm

         $ _____ 2,500.00   Other Firm

         $ _____ 0.00   Other Counsel

$ _____ 0.00   d. Other Professional Fees

         $ _____ 0.00   Trustee/or Firm

         $ _____ 0.00   Other Professionals

$ _____ 514.58   e. Administrative Costs

         $ _____ 351.58   Trustee/All other prof. expenses

         $ _____ 163.00   Clerk Costs

         $ _____ 0.00   Post-petition wages and taxes

$_____0.00_____ f. Prior Chapter Conversion Costs

                         $_____ UST Quarterly Fees

                         $_____ Section 506 Exp.

                         $_____ Other

## DISTRIBUTIONS

$_____0.00_____ g. Secured Creditors

$_____0.00_____ h. Priority Creditors

$____11,289.68____ i. Unsecured Creditors

$____16,726.40____ j. SUBTOTAL (lines b. through i.)

$_____0.00_____ k. Other Distributions

                         $_____0.00_____ Surplus to debtor

                         $_____0.00_____ Payment of exemption

                         $_____0.00_____ Not estate property

$____16,726.40____ l. TOTAL DISBURSEMENTS
(lines j. and k. should equal GROSS RECEIPTS)

    3. All original estate bank statements, deposit slips, canceled checks, and advices of bank charges or credits have been submitted to the United States Trustee.

    4. The undersigned certifies that, on this date, the original and a copy of this report has been submitted to the United States Trustee for review. All original bank statements and canceled checks subsequent to the Final Dividend Distribution Report are submitted herewith. The most current bank statement shows a zero balance.

    WHEREFORE, I certify under penalty of perjury that the above statements are true and correct and, pursuant to FRBP 5009, this estate has been fully administered. I request that this report be approved and that I be discharged from any further duties as trustee.

DATED: February 11, 2005

                                                   _____
                                                   Richard Belford, Trustee
                                                   9 Trumbull Street
                                                   New Haven, CT 06511
                                                   (203) 865-0867

**FORM 4 - Distribution Report for Closed Asset Cases**

**PART A**

Case No. : 01-50587  
Case Name : PANDE CAMERON & CO. OF  
Date Filed/Converted to Ch. 7 : 05/03/01  
Date Submitted: 02/11/05  
Trustee Name : Richard Belford  

|  | $ AMOUNT RECEIVED | % OF RECEIPTS |
|---|---:|---:|
| **GROSS RECEIPTS** | $16,726.40 | 100.00% |
| Less: Funds Paid to Debtor: |  |  |
|     Exemptions | 0.00 | 0.00% |
|     Excess Funds | 0.00 | 0.00% |
|     Funds Paid to 3rd Parties | 0.00 | 0.00% |
| **NET RECEIPTS (basis for computing maximum trustee fee)** | $16,726.40 | 100.00% |

|  | $ CLAIMS | $ AMOUNT PAID | % OF RECEIPTS |
|---|---:|---:|---:|
| **SECURED CLAIMS:** |  |  |  |
|   Real Estate | $0.00 | $0.00 | 0.00% |
|   Personal Property & Intangibles | 0.00 | 0.00 | 0.00% |
|   Internal Revenue Service Tax Liens | 0.00 | 0.00 | 0.00% |
|   Other Governmental Tax Liens | 0.00 | 0.00 | 0.00% |
| **TOTAL SECURED CLAIMS** | $0.00 | $0.00 | 0.00% |
| **PRIORITY CLAIMS:** |  |  |  |
| CHAPTER 7 ADMINISTRATIVE FEES 507(a)(1) and |  |  |  |
| CHARGES under Title 28, Chapter 123: |  |  |  |
|   Trustee Fees | $2,422.14 | $2,422.14 | 14.48% |
|   Trustee Expenses | 20.00 | 20.00 | 0.12% |
|   Legal Fees & Expenses: |  |  |  |
|     Trustee's Firm Legal Fees | 0.00 | 0.00 | 0.00% |
|     Trustee's Firm Legal Expenses | 0.00 | 0.00 | 0.00% |
|     Other Firm's Legal Fees | 2,500.00 | 2,500.00 | 14.95% |
|     Other Firm's Legal Expenses | 311.25 | 311.25 | 1.86% |
|   Accounting Fees & Expenses: |  |  |  |
|     Trustee's Firm Accounting Fees | 0.00 | 0.00 | 0.00% |
|     Trustee's Firm Accounting Expenses | 0.00 | 0.00 | 0.00% |
|     Other Firm's Accounting Fees | 0.00 | 0.00 | 0.00% |
|     Other Firm's Accounting Expenses | 0.00 | 0.00 | 0.00% |
|   Real Estate Commissions | 0.00 | 0.00 | 0.00% |
|   Auctioneer/Liquidator Fees | 0.00 | 0.00 | 0.00% |
|   Auctioneer/Liquidator Expenses | 0.00 | 0.00 | 0.00% |
|   Other Professional Fees/Expenses | 0.00 | 0.00 | 0.00% |
|   Expenses of Operating Business in Chapter 7 | 0.00 | 0.00 | 0.00% |
|   Other Expenses | 20.33 | 20.33 | 0.12% |
|   Income Tax - Internal Revenue Service | 0.00 | 0.00 | 0.00% |
|   Other State or Local Income or Business Taxes | 0.00 | 0.00 | 0.00% |
|   U.S. Trustee Fees | 0.00 | 0.00 | 0.00% |
|   Court Costs | 163.00 | 163.00 | 0.97% |
| **TOTAL CHAPTER 7 ADMINISTRATIVE FEES & CHARGES** | $5,436.72 | $5,436.72 | 32.50% |
| **TOTAL PRIOR CHAPTER ADMINISTRATIVE FEES 507(a)(1):** | $0.00 | $0.00 | 0.00% |
| (From attached Part B) |  |  |  |
| WAGES 507(a)(3) | 0.00 | 0.00 | 0.00% |
| CONTRIBUTIONS: EMPLOYEE BENEFIT PLANS 507(a)(4) | 0.00 | 0.00 | 0.00% |
| ALIMONY & CHILD SUPPORT 507(a)(7) | 0.00 | 0.00 | 0.00% |
| CLAIMS ON GOVERNMENTAL UNITS 507(a)(8) | 0.00 | 0.00 | 0.00% |
| OTHER 507(a)(2), (5), (6) & (9) | 0.00 | 0.00 | 0.00% |
| **TOTAL PRIORITY CLAIMS: WAGES 507(a)(3) through OTHER 507(a)(2),(5),(6) & (9)** | $0.00 | $0.00 | 0.00% |
| **GENERAL UNSECURED CLAIMS** | $971,582.70 | $11,289.68 | 67.50% |
| **TOTAL DISBURSEMENTS** | $977,019.42 | $16,726.40 | 100.00% |

**PART B**      FORM 4 - Distribution Report for Closed Asset Cases

Case No. : 01-50587  
Case Name : PANDE CAMERON & CO. OF  
Date Filed/Converted to Ch. 7 : 05/03/01

Date Submitted: 02/11/05  
Trustee Name : Richard Belford

| | $ CLAIMS | $ AMOUNT PAID | % OF RECEIPTS |
|---|---|---|---|
| PRIOR CHAPTER ADMINISTRATIVE FEES 507(a)(1): | | | |
| Trustee Fees | 0.00 | 0.00 | 0.00% |
| Trustee Expenses | 0.00 | 0.00 | 0.00% |
| Legal Fees & Expenses: | | | |
|   Trustee's Firm Legal Fees | 0.00 | 0.00 | 0.00% |
|   Trustee's Firm Legal Expenses | 0.00 | 0.00 | 0.00% |
|   Other Firm's Legal Fees | 0.00 | 0.00 | 0.00% |
|   Other Firm's Legal Expenses | 0.00 | 0.00 | 0.00% |
| Accounting Fees & Expenses: | | | |
|   Trustee's Firm Accounting Fees | 0.00 | 0.00 | 0.00% |
|   Trustee's Firm Accounting Expenses | 0.00 | 0.00 | 0.00% |
|   Other Firm's Accounting Fees | 0.00 | 0.00 | 0.00% |
|   Other Firm's Accounting Expenses | 0.00 | 0.00 | 0.00% |
| Real Estate Commissions | 0.00 | 0.00 | 0.00% |
| Auctioneer/Liquidator Fees | 0.00 | 0.00 | 0.00% |
| Auctioneer/Liquidator Expenses | 0.00 | 0.00 | 0.00% |
| Other Professional Fees/Expenses | 0.00 | 0.00 | 0.00% |
| Income Tax - Internal Revenue Service | 0.00 | 0.00 | 0.00% |
| Other State or Local Taxes | 0.00 | 0.00 | 0.00% |
| Operating Expenses | 0.00 | 0.00 | 0.00% |
| Other Expenses | 0.00 | 0.00 | 0.00% |
| **TOTAL PRIOR CHAPTER ADMINISTRATIVE FEES** | $0.00 | $0.00 | 0.00% |

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT**

In re:  
PANDE CAMERON & CO. OF  
NEW YORK, INC.

Case No. 01-50587 AHWS

(CHAPTER 7)

Debtor

**REVIEW BY UNITED STATES TRUSTEE**

The United States Trustee has reviewed the Final Account, Certification that the Estate has been Fully Administered and Application for Discharge of the trustee in accordance with the standards set forth in the MOU dated January 1999 and has no objection to the trustee's certification that the estate has been fully administered and is ready to close.

DATED: 3/18/05

DEIRDRE A. MARTINI  
UNITED STATES TRUSTEE  
Region 2

PATRICIA BEARY/CT14834  
ASSISTANT UNITED STATES TRUSTEE  
District of Connecticut

By: *Kim J. Brownell*

Kim L. Brownell  
Bankruptcy Analyst  
One Century Tower  
265 Church Street, Suite 1103  
New Haven, CT 06510-7016  
Tel. No. (203) 773-2210